No. 46,403

SILAS BLUE TAYLOR, *Appellant,* v. STATE OF KANSAS, *Appellee.*

(490 P. 2d 363)

Opinion filed November 6, 1971.

*George W. Earnshaw,* of Shawnee Mission, argued the cause, and was on the brief for the appellant.

*Nick A. Tomasic,* assistant county attorney, argued the cause, and *Vern Miller,* attorney general, and *Frank D. Menghini,* county attorney, were with him on the brief for the appellee.

The opinion of the court was delivered by

O'CONNOR, J.: This is an appeal from an order denying relief in a K. S. A. 60-1507 proceeding wherein petitioner, after pleading guilty to the offense of murder in the first degree, was sentenced to life imprisonment.

The district court granted a full evidentiary hearing and, with respect to the two grounds raised, found in substance: (1) at the time the plea of guilty was entered and accepted there was nothing to suggest to the court or counsel that appointment of a commission under K. S. A. 62-1531 was necessary to determine petitioner's sanity, and (2) counsel was not derelict in his duties in failing to request the appointment of a commission, and petitioner was accorded diligent and adequate representation by counsel in accordance with due process of law.

Disposition of this case is controlled by what was said in *Van Dusen v. State,* 197 Kan. 718, 421 P. 2d 197; *State v. Childs,* 198 Kan. 4, 422 P. 2d 898; and *State v. Brown,* 204 Kan. 430, 464 P. 2d 161. The district court's findings are supported by substantial competent evidence, and the judgment is affirmed.